UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIRNE WEALTH CONSULTING
SERVICES, LLC,

        Plaintiff/Counterclaim
        Defendant,

– *against* –

CHRISTOPHER ENGLEBERT, JAMIE
ENGLEBERT, *and* ENGLEBERT
FINANCIAL ADIVSERS, LLC,

        Defendants/
        Counterclaim Plaintiffs/
        Third-Party Plaintiffs,.

– *against* –

JOHN-OLIVER BEIRNE *and*
ELIZABETH GARNTO,

        Third-Party Defendants.

**ORDER**

19 Civ. 7936 (ER)

RAMOS, D.J.:

        The January 10, 2020 hearing regarding Beirne Wealth Consulting Services, LLC's motion for a preliminary injunction, Doc. 34, is adjourned to February 5, 2020 at 11:00am.

It is SO ORDERED.

Dated:   January 3, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.