UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIRNE WEALTH CONSULTING
SERVICES, LLC,

    Plaintiff/
    Counterclaim Defendant,

– *against* –

CHRISTOPHER ENGLEBERT,
JAMIE ENGLEBERT, *and*
ENGLEBERT FINANCIAL ADVISERS, LLC,

    Defendants/
    Counterclaim Plaintiffs/
    Third-Party Plaintiffs,

– *against* –

JOHN-OLIVER BEIRNE
*and* ELIZABETH GARNTO,

    Third-Party Defendants.

**OPINION & ORDER**

19 Civ. 7936 (ER)

RAMOS, D.J.:

    This Court has an independent obligation to assure itself of its subject matter jurisdiction. *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgt. LLC*, 692 F.3d 42, 48 (2d Cir. 2012). In a case brought under a federal court's diversity jurisdiction, all parties must be completely diverse. 28 U.S.C. § 1332. Limited liability companies ("LLCs") take the citizenship of their members. *See Aladdin*, 692 F.3d at 49. "The citizenship of the members of an LLC is traced all the way through — that is, when a member of an LLC is itself an LLC, the citizenship of the members of that LLC are relevant for diversity purposes, and so on." *Jakks P., Inc. v. Accasvek, LLC*, 270 F. Supp. 3d 191, 195 (D.D.C. 2017) (citing *Aladdin*, 692 F.3d at 49 (2d Cir. 2012)), *aff'd* 727 F. App'x 704 (D.C. Cir. 2018).

    Beirne Wealth Consulting Services, LLC does not allege the citizenship of its members in its complaint, nor does it allege any federal cause of action. Therefore,

Beirne is ordered to submit a declaration by **Friday, January 31, 2020 at 12:00 p.m.**, identifying its members, as well as the members' citizenship. For members who are themselves limited liability companies, partnerships, or other unincorporated associations, Beirne is ordered to identify their members, as well, along with their citizenship.

It is SO ORDERED.

Dated:   January 23, 2020
         New York, New York

EDGARDO RAMOS, U.S.D.J.