```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEIRNE WEALTH CONSULTING SERVICES,    :
LLC,
                Plaintiff,            :
                                                    ORDER
        -against-                     :
                                              19-CV-7936 (ER) (KNF)
ENGLEBERT et al.,                     :

                Defendants.           :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for May 12, 2020, shall be held on April 9, 2020, at 10:30 a.m. The conference will be held by phone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website under the heading Magistrate Judges. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** laura_midwood@nysd.uscourts.gov.

Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation

prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York
     April 2, 2020

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE