UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEIRNE WEALTH CONSULTING SERVICES, :
LLC,
            Plaintiff,                    :

**ORDER**

         -against-                    :

19-CV-7936 (ER) (KNF)

ENGLEBERT et al.,                      :

            Defendants.                :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference commenced on May 12, 2020, will resume on June 3, 2020, at 2:30 p.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

    The parties are also directed to submit to the Court, on or before June 1, 2020, their respective revised confidential pre-conference settlement position statements. Those statements shall be sent via email to**:** laura_midwood@nysd.uscourts.gov. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York
         May 12, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE