UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEIRNE WEALTH CONSULTING SERVICES, :
LLC,
             Plaintiff,                   :

                  **ORDER**

        -against-                 :

                  19-CV-7936 (ER) (KNF)

ENGLEBERT et al., :

             Defendants.           :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      At the request of the parties, IT IS HEREBY ORDERED that the settlement conference commenced on May 12, 2020, will resume on June 10, 2020, at 2:30 p.m.  The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      The parties are also directed to submit to the Court, on or before June 8, 2020, their respective revised confidential pre-conference settlement position statements. Those statements shall be sent via email to**:** laura_midwood@nysd.uscourts.gov.  Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

 Dated: New York, New York                SO ORDERED:
       June 1, 2020

                                                    _/s/ Kevin Nathaniel Fox_____
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE