# MEMO ENDORSED

**faegre drinker**

faegredrinker.com

**Clay J. Pierce**
Partner
clay.pierce@faegredrinker.com
212-248-3186 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

July 10, 2020

**By Electronic Case Filing**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   Beirne Wealth Consulting Services, LLC v. Christopher Englebert, et al.,
>       Case No. 19-CV-07936-ER

Dear Judge Ramos:

We represent Plaintiff Beirne Wealth Consulting Services, LLC ("Beirne") and Third-Party Defendants John-Oliver Beirne and Elizabeth Garnto (together with Beirne, the "Beirne Parties") in the above-referenced action.

We write to notify the Court that the parties have reached a settlement-in-principle that, if finalized, would result in the dismissal with prejudice of all claims, counterclaims, and third-party claims asserted in this matter.  On that basis, the Beirne Parties respectfully request that the Court stay all proceedings in the litigation until July 31, 2020, by which time we anticipate the parties will have finalized the settlement and filed dismissal papers with the Court.  Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Christopher Englebert and Jamie Englebert and Defendant Englebert Financial Advisers, LLC join in this request.

We are available to answer any questions the Court may have.  We appreciate Your Honor's consideration of this application.

Respectfully submitted,

*/s/ Clay J. Pierce*

Clay J. Pierce

cc:   All Counsel of Record (Via ECF)

---

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: Jul. 13, 2020
New York, New York