UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIRNE WEALTH CONSULTING
SERVICES, LLC,

          Plaintiff,

    – against –

CHRISTOPHER ENGLEBERT, JAMIE
ENGLEBERT, and ENGLEBERT
FINANCIAL ADVISORS, LLC,

          Defendants.

**ORDER**

19 Civ. 7936 (ER)

RAMOS, D.J.:

    On July 10, 2020, the parties indicated they had reached a settlement-in-principle that would dispose of this matter. Doc. 115. Accordingly, the Court granted a stay in these proceedings until July 31, 2020. Doc. 116. That date having passed, the parties are directed to file a status report by August 14, 2020 advising whether the parties consent to this matter's dismissal or to it being unstayed.

It is SO ORDERED.

Dated:    August 10, 2020
             New York, New York

                                                                 EDGARDO RAMOS, U.S.D.J.